1006

No. 95–1714. NIEWALD v. SCAFE, CHIEF OF POLICE, OVERLAND PARK POLICE DEPARTMENT. Ct. App. Kan. Certiorari denied.

No. 95–1719. DANIELS v. GREATER BALTIMORE MEDICAL CENTER ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 95–1735. WALKER v. MANVILLE PERSONAL INJURY TRUST. C. A. 7th Cir. Certiorari denied.

No. 95–1737. LUCAS v. GEE ET AL. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 95–1739. BREEDLOVE v. TYSONS MANOR HOMEOWNERS ASSN. ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–1748. AARON v. PUBLIC UTILITIES COMMISSION OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 95–1753. ARENS v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 95–1759. MINIX v. FRAZIER, JUDGE, JOHNSON CIRCUIT COURT (MINIX, REAL PARTY IN INTEREST). Sup. Ct. Ky. Certiorari denied.

No. 95–1761. HEINMILLER v. DEPARTMENT OF HEALTH OF WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 95–1786. DOUCETTE v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO (SAN DIEGO UNIFIED PORT DISTRICT, REAL PARTY IN INTEREST). Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 95–1799. GILLELAND v. DUBUISSON ET AL. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 95–1801. ZAIDI v. CARRICO, CHIEF JUSTICE OF VIRGINIA, ET AL. Sup. Ct. Va. Certiorari denied.

No. 95–1815. BRIGHT v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.